# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased : : : : Plaintiff, : : v. : : ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL and DAVID HOGUE : : : : Defendants. : | CIVIL ACTION NO. 15-cv-01447 (ELECTRONICALLY FILED) JURY TRIAL DEMANDED |

## ORDER

**AND NOW,** this _____ day of _____, 2016, upon consideration of Defendants Armstrong County, d/b/a Armstrong County Jail, and David Hogue's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby ORDERED that

_____ Defendants' Motion to Dismiss is GRANTED. Plaintiff's Complaint is hereby dismissed with prejudice.

_____ Defendants' Motion to Strike portions of Plaintiff's Complaint is GRANTED. Paragraphs forty (40) through forty-nine (49) of Plaintiff's Complaint are hereby stricken.

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased | : : : : : | CIVIL ACTION NO. 15-cv-01447 |
| Plaintiff, | : : | |
| v. | : : | |
| ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL and DAVID HOGUE | : : : : | (ELECTRONICALLY FILED) JURY TRIAL DEMANDED |
| Defendants. | : : | |

**MOTION TO DISMISS PLANTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OF DEFENDANTS, ARMSTRONG COUNTY AND DAVID HOGUE**

Defendants, Armstrong County, d/b/a Armstrong County Jail and David Hogue, by and through their attorneys, The MacMain Law Group, LLC, hereby move This Court for an Order dismissing Plaintiff's Complaint in accordance with Federal Rule of Civil Procedure 12(b)(6) on the basis of Plaintiff's failure to state a claim upon which relief may be granted.

In the alternative, if This Court declines to dismiss Plaintiff's Complaint in its entirety, Defendants move for an Order striking paragraphs forty (40) through forty-nine (49) of Plaintiff's Complaint.

The grounds of this Motion are more fully set forth in the accompanying Brief in Support of Defendants' Motion.

                                                  Respectfully submitted,

Date:   January 8, 2016              s/ David J. MacMain
                                                  David J. MacMain (ID No. 59320)
                                                  The MacMain Law Group, LLC
                                                  101 Lindenwood Drive, Suite 160
                                                  Malvern, PA  19355
                                                  dmacmain@macmainlaw.com
                                                  Phone – (484) 318-7703
                                                  Fax – (484) 328-3996

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 8th day of January, 2016, the foregoing was filed electronically and is available for viewing and downloading from the United States District Court of the Western District of Pennsylvania. The following was served via the ECF system:

George M. Kontos
Katie A. Killion
Kontos Mengine Law Group
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15222
*Attorney for Plaintiffs*

**THE MACMAIN LAW GROUP, LLC**

Dated: January 8, 2016  By:  */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for Defendants, Armstrong County, d/b/a Armstrong County Jail and David Hogue*