IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased | : : : : CIVIL ACTION : NO. 15-cv-01447 |
| Plaintiff, | : : |
| v. | : : |
| ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL and DAVID HOGUE | : (ELECTRONICALLY FILED) : : JURY TRIAL DEMANDED : |
| Defendants. | : |

### MOTION TO STRIKE PORTIONS OF PLANTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(f) OF DEFENDANTS, ARMSTRONG COUNTY AND DAVID HOGUE

Defendants, Armstrong County, d/b/a Armstrong County Jail and David Hogue, by and through their attorneys, The MacMain Law Group, LLC, hereby move This Court for an Order striking paragraphs forty (40) through forty-nine (49) of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f)

The grounds of this Motion are more fully set forth in the Brief in Support of Defendants' Motion, which was filed simultaneously with Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on January 8, 2016.[1]

---

[1] If the Court declines to grant Defendants' Motion to Dismiss (Doc. 9.), Defendants respectfully request that the Court consider the present Motion to Strike.

                                                Respectfully submitted,

Date:  January 12, 2016          s/ David J. MacMain  
                                                David J. MacMain (ID No. 59320)  
                                                The MacMain Law Group, LLC  
                                                101 Lindenwood Drive, Suite 160  
                                                Malvern, PA  19355  
                                                dmacmain@macmainlaw.com  
                                                Phone – (484) 318-7703  
                                                Fax – (484) 328-3996

**CERTIFICATE OF SERVICE**

I, David J. MacMain, Esquire, hereby certify that on this 12th day of January, 2016, the foregoing was filed electronically and is available for viewing and downloading from the United States District Court of the Western District of Pennsylvania. The following was served via the ECF system:

George M. Kontos
Katie A. Killion
Kontos Mengine Law Group
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15222
*Attorney for Plaintiffs*

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>January 12, 2016</u>     By:     <u>*/s/ David J. MacMain*</u>
                                           David J. MacMain
                                           Attorney I.D. No. 59320
                                           101 Lindenwood Drive, Suite 160
                                           Malvern, PA 19355
                                           *Attorney for Defendants, Armstrong County,*
                                           *d/b/a Armstrong County Jail and David Hogue*