IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased | : : : : : | CIVIL ACTION NO. 15-cv-01447 |
| Plaintiff, | : : | |
| v. | : : | |
| ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL and DAVID HOGUE | : : : : | (ELECTRONICALLY FILED) JURY TRIAL DEMANDED |
| Defendants. | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2016, upon consideration of Defendants Armstrong County, d/b/a Armstrong County Jail, and David Hogue's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, Motion to Strike pursuant to Fed. R. Civ. P. 12(f), and any response thereto, it is hereby ORDERED that

_____ Defendants' Motion to Dismiss is GRANTED. Plaintiff's Complaint is hereby dismissed with prejudice.

_____ Defendants' Motion to Strike portions of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f) is GRANTED. Paragraphs forty (40) through forty-nine (49) of Plaintiff's Complaint are hereby stricken.

_____
J.