IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL, and DAVID HOGUE,<br><br>Defendants. | Civil Action No. 15-cv-01447<br><br><br><br>**ORAL ARGUMENT REQUESTED/<br>JURY TRIAL DEMANDED** |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Plaintiffs' response to Defendants' Motion to Dismiss is more fully set forth in their Brief in Opposition to said Motion, which Plaintiffs incorporate by reference herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion in all respects.

Respectfully submitted,

By: /s/ George M. Kontos
George M. Kontos, Esquire
gkontos@kontosmengine.com

By: /s/ Katie A. Killion
Katie A. Killion, Esquire
kkillion@kontosmengine.com

By: /s/ Claire McGee
Claire McGee, Esquire
cmcgee@kontosmengine.com

1

                                                     KONTOS MENGINE LAW GROUP  
                                                     603 Stanwix Street  
                                                     Two Gateway Center, Suite 1228  
                                                     Pittsburgh, PA 15219  
                                                   *Attorneys for Plaintiffs*