IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG and TODD J. LONG, )<br>Administrators of the Estate of TAMMY )<br>E. LONG, Deceased, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　)<br>　　vs. )<br>　　　　　　　　　　　　　　　　　　)<br>ARMSTRONG COUNTY, d/b/a )<br>ARMSTRONG COUNTY JAIL, and )<br>DAVID HOGUE, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Civil Action No. 15-cv-01447 |

### **PLAINTIFFS' PROPOSED ORDER**

Upon consideration of Defendant's Motion to Dismiss, and Plaintiff's opposition thereto, it is this ____ day of _____, 2016, hereby ORDERED that Defendant's Motion is DENIED and Defendants have _____ days to file an answer to the Complaint.


　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge Mark R. Hornak
　　　　　　　　　　　　　　　　U.S. District Court for the
　　　　　　　　　　　　　　　　Western District of Pennsylvania