# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA L. LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:15-cv-01447 |
| | ) | |
| v. | ) | **ELECTRONICALLY FILED** |
| | ) | |
| ARMSTRONG COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Hearing Type:   Oral Argument

Date:   February 25, 2016

Before:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Claire McGee; George Kontos |
| Counsel for Defendant | David MacMain |
| Court Reporter | Julie Kienzle |
| Law Clerk | Kevin Zimmerman |
| Start time | 11:00 am |
| End time | 12:05 pm |

**SUMMARY OF PROCEEDINGS:**

The Court heard oral argument on Defendant's Motion to Dismiss [ECF No. 9]. An appropriate Order will issue.