IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG and TODD J. LONG, )<br>Administrators of the Estate of TAMMY )<br>E. LONG, Deceased, )<br>    )<br>        Plaintiffs, )<br>    )<br>    vs. )<br>    )<br>ARMSTRONG COUNTY, d/b/a )<br>ARMSTRONG COUNTY JAIL, and )<br>DAVID HOGUE, )<br>    )<br>        Defendants. ) | Civil Action No. 15-cv-01447<br><br><br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED/<br>JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S ADDITIONAL AUTHORITY**

AND NOW COME Plaintiffs, Tara L. Long and Todd J. Long, as Administrators of the Estate of Tammy E. Long, deceased, by and through their counsel, George M. Kontos, Esquire, Katie A. Killion, Esquire, Claire McGee, Esquire, and Kontos Mengine Law Group, and file the following Response to Defendant's Additional Authority, as follows:

The case cited by counsel, *Kruger v. Nebraska*, No. 15-1427, 2016 WL 1376343 (8th Cir. 2016) is factually dissimilar and distinguishable from this case -- which the Court heard extensive argument on some two months ago.

*Kruger* involved the early release of a prisoner (akin to the multiple "parolee cases" which plaintiff has distinguished both in her brief, and at oral argument). Such cases involve, as did *Kruger*, lengthy lapses of time (in *Kruger* over three weeks), between the release of the parolee and the crime, as well as a nebulous and non-defined geographic relationship between the victim, and the released prisoner.

1

Accordingly, Plaintiff renews her request that this Court deny the Defendant's motion.

        Respectfully submitted,

        By: /s/ George M. Kontos
        George M. Kontos, Esquire
        gkontos@kontosmengine.com

        By: /s/ Katie A. Killion
        Katie A. Killion, Esquire
        kkillion@kontosmengine.com

        By: /s/ Claire McGee
        Claire McGee, Esquire
        cmcgee@kontosmengine.com

        KONTOS MENGINE LAW GROUP
        603 Stanwix Street
        Two Gateway Center, Suite 1228
        Pittsburgh, PA 15219
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

We, George M. Kontos, Esquire, Claire McGee, Esquire and Katie A. Killion, Esquire, hereby certify that a true and correct copy of the foregoing Response to Defendant's Additional Authority was filed on April 21, 2016 with the Clerk of Court using the CM/ECF system and thereby becoming immediately available to the following:

THE MACMAIN LAW GROUP, LLC
David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for the Defendants, Armstrong County d/b/a
Armstrong County Jail and David Hogue*

By: /s/ George M. Kontos
George M. Kontos, Esquire
gkontos@kontosmengine.com

By: /s/ Katie A. Killion
Katie A. Killion, Esquire
kkillion@kontosmengine.com

By: /s/ Claire McGee
Claire McGee, Esquire
cmcgee@kontosmengine.com

KONTOS MENGINE LAW GROUP
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15219
*Attorneys for Plaintiff*