

**KONTOS MENGINE LAW GROUP**

*Making Justice Possible.*

**George M. Kontos, Esquire**  
\*\* Attorney at Law \*\*

Email: gkontos@kontosmengine.com  
Telephone: 412-709-6162 x203  
Facsimile: (412) 904-3820

April 20, 2016

**Via Facsimile and RM: (412) 208-7427**  
The Honorable Mark R. Hornak  
United States District Judge  
U.S. Courthouse  
700 Grant Street  
Pittsburgh, PA 15219

  Re: *Long v. Armstrong County, et al.*  
    Civil Action No. 15-cv-01447

Dear Judge Hornak:

  I write with respect to the letter sent to you today from defense counsel characterized as a "supplement to Defendants' Motion to Dismiss". I object to the letter. It is violative of the clear rules concerning the filing of motions and briefs before the Court.

  As such, I respectfully request the Court not consider this inappropriately, and untimely "filed" letter.

Sincerely,

George M. Kontos

GMK/mnz

Cc: David MacMain

603 Stanwix Street  
Two Gateway Center, Suite 1228  
Pittsburgh, PA 15222