IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA L. LONG, ET AL, | ) |
| Plaintiffs, | ) Civil Action No. 2:15-cv-1447 |
| v. | ) Judge Mark R. Hornak |
| ARMSTRONG COUNTY, ET AL, | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 31st day of May, 2016, it is hereby ORDERED that Plaintiffs' federal claims brought via 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE; Plaintiffs' state law claims brought under the Pennsylvania Wrongful Death Act and Survival Act are DISMISSED WITHOUT PREJUDICE.

_____
Mark R. Hornak
United States District Judge

Dated: May 31, 2016

cc: All counsel of record

1