IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA L. LONG and TODD J. LONG, Administrators of the Estate of TAMMY E. LONG, Deceased, | ) ) ) | Civil Action |
| | ) | No. 15-cv-01447 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Honorable Judge Mark R. Hornak |
| ARMSTRONG COUNTY, d/b/a ARMSTRONG COUNTY JAIL, and DAVID HOGUE, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, Tara L. Long and Todd J. Long Administrators of the Estate of Tammy E. Long, Deceased, in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order granting the Defendants' Motion to Dismiss for Failure to State a Claim entered in this action on the 31st day of May, 2016.

Date: 6/29/16

*/s/ George M. Kontos*
George M. Kontos, Esquire
Counsel for Plaintiffs

KONTOS MENGINE LAW GROUP
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15222