IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

TARA L. LONG and TODD J. LONG,             )
Administrators of the Estate of TAMMY      )      Civil Action
E. LONG, Deceased,                         )
                                           )      No. 15-cv-01447
              Plaintiffs,                  )
                                           )
        vs.                                )      Honorable Judge Mark R. Hornak
                                           )
ARMSTRONG COUNTY, d/b/a                    )
ARMSTRONG COUNTY JAIL, and                 )
DAVID HOGUE,                               )
                                           )
              Defendants.                  )

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, Tara L. Long and Todd J. Long Administrators

of the Estate of Tammy E. Long, Deceased, in the above named case, hereby appeal to the

United States Court of Appeals for the Third Circuit from an order granting the Defendants'

Motion to Dismiss for Failure to State a Claim entered in this action on the 31st day of May,

2016.


Date: 6/29/16                              */s/ George M. Kontos*
                                           George M. Kontos, Esquire
                                           Counsel for Plaintiffs

                                           KONTOS MENGINE LAW GROUP
                                           603 Stanwix Street
                                           Two Gateway Center, Suite 1228
                                           Pittsburgh, PA 15222