## **CERTIFICATE OF SERVICE**

We, George M. Kontos, Esquire and Claire McGee, Esquire hereby certify that a true and correct copy of the foregoing Notice of Appeal that was filed in the United States District Court for the Western District of Pennsylvania was filed on June 29, 2016 with the Clerk of Court using the CM/ECF system and thereby becoming immediately available to the following:

THE MACMAIN LAW GROUP, LLC
David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for the Defendants, Armstrong County d/b/a
Armstrong County Jail and David Hogue*

By: /s/ George M. Kontos
George M. Kontos, Esquire
gkontos@kontosmengine.com

By: /s/ Claire McGee
Claire McGee, Esquire
cmcgee@kontosmengine.com

KONTOS MENGINE LAW GROUP
603 Stanwix Street
Two Gateway Center, Suite 1228
Pittsburgh, PA 15219
*Attorneys for Plaintiff*